```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0036--CR (RRB)
                 "USA V MITCHELL ELLIS ASHER"
                 DEF 1.1 ASHER, MITCHELL ELLIS

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed: 10/19/05
             Closed: NO
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 ASHER, MITCHELL ELLIS
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY | Pending |
| 1 - 1 IND | 2 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Pending |
| 1 - 1 IND | 3 | 18:2314 INTERSTATE TRANSPROTATION OF STOLEN PROPERTY (F) | Pending |
| 1 - 1 IND | 4 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROERTY (F) | Pending |
| 1 - 1 IND | 5 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Pending |
| 1 - 1 IND | 6 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Pending |
| 1 - 1 IND | 7 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Pending |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0036--CR (RRB)
                          "USA V MITCHELL ELLIS ASHER"
                        DEF 1.1 ASHER, MITCHELL ELLIS

         Including terminated defendants, excluding terminated counsel


   1 -   1 IND    8      18:1029 (a)(2) AND 1029 (c)(1)(A)(i) FRAUDULENT      Pending
                         USE OF ACCESS DEVICE (F)

   1 -   1 IND    9      18:1029 (a)(2) AND 1029 (c)(1)(A)(i) FRAUDULENT      Pending
                         USE OF ACCESS DEVICE (F)

   1 -   1 IND   10      18:1957 MONEY LAUNDERING (F)                         Pending

   1 -   1 IND   11      18:1957 MONEY LAUNDERING (F)                         Pending

   1 -   1 IND   12      18:2312 TRANSPORTATION OF STOLEN VEHICLE (F)         Pending
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F05-0036--CR (RRB)
                                "USA V MITCHELL ELLIS ASHER"

                                      For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed:  10/19/05
            Closed:  NO
 No. of Defendants:  1


 Document #    Filed      Docket text

      1 -   1  10/19/05   [Re: DEF 1] PLF 1 Indictment.

      2 -   1  10/19/05   [Re: DEF 1] JDR Grand Jury Minutes, indictment secret, warrant of arrest
                          to be issued, no bail set

   NOTE -   1  11/02/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested in Florida by USMS.
                          USMS to advise the court when def is in district..

      3 -   1  11/14/05   [Re: DEF 1] Documents transferred from: USDC Middle District of Florida,
                          certified copies of cover sheet, docket sheet,commitment to another
                          district, Rule 5(c), Detention order, notice of appearance, minutes,
                          order of temp detention hearing, Waiver of Rule 5(c), attorney
                          appearance.
```