MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs MITCHELL ELLIS ASHER        CASE NO. F05-0036-CR (RRB)
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:          MICHAEL DIENI - FRIEND OF THE COURT

U.S.P.O.:                      PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD DECEMBER 19, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

 X Copy of Indictment given to defendant; waived reading.

 X Defendant advised of general rights.  X Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Same as above.

 X Continued Arraignment/Status of Counsel Hearing set for
    **December 20, 2005 at 4:00 p.m.** before Magistrate Judge John D.
    Roberts.

 X Defendant detained/Detention Hearing set for **Decemeber 23,
    2005 at 4:15 p.m.** in Fairbanks.

 X Order of Temporary Detention Pending Hearing **FILED.**

 X OTHER: Court and counsel heard re the defendant possibly
retaining Lance Wells as counsel, court directed Mr. Dieni to
contact Mr. Wells and inform him of the future court dates. Court
and counsel heard re the government's oral motion for U.S.
Attorney Stephan Cooper to participate telephonically; **GRANTED.**

At 10:45 a.m. court adjourned.

OFF RECORD NOTE: Detention Hearing set for **December 23, 2005 at
4:15 p.m.** previously set in Fairbanks will be held in Anchorage
before Magistrate Judge Hall.

DATE:    December 19, 2005      DEPUTY CLERK'S INITIALS:      ak