MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs MITCHELL ELLIS ASHER          CASE NO. F05-0036 CR (RRB)
Defendant: X Present    X In Custody    ___ On Summons    ___ On Bond

BEFORE THE HONORABLE     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           LINDA CHRISTENSEN

UNITED STATES ATTORNEY:     DAVID NESBETT (for Stephen Cooper)

DEFENDANT'S ATTORNEY:     LANCE WELLS

U.S.P.O.:       PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT/STATUS OF COUNSEL HEARING
             Held 12/20/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 4:19 p.m.

X Defendant waived reading of Indictment.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above         Age: 49

X PLEA(S) Not Guilty to Counts 1 through 12 of the Indictment

X Court advised counsel trial date had not been set.

X Defendant detained; Order of Detention Pending Trial **FILED**.

X Pretrial motions due **January 6, 2006**; Order Regarding
Preparation for Trial **FILED**.

X Court advised counsel trial date had not been set.

X OTHER: Lance Wells filed Entry of Appearance as counsel for
the defendant on the record; Detention Hearing set for 12/23/05
before Magistrate Judge Hall **VACATED** on the record.

Adjourned at 4:25 p.m.


DATE: DECEMBER 21, 2005         DEPUTY CLERK'S INITIALS:    lc