IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA,
    Plaintiff,

vs.

MITCHELL ASHER,
    Defendant.

Case No. F05-036 CR.

**FILED**
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## ENTRY OF APPEARANCE

COMES NOW **LANCE C. WELLS, Esq. of the LAW OFFICES OF LANCE C. WELLS, P.C.**, and hereby enters this entry of appearance on behalf of the **DEFENDANT MITCHELL ASHER named above.**

Please direct all telephone calls and service of all documents to the below telephone number or address.

Dated this 20th day of December 2005.

    Law Offices of Lance C. Wells, P.C.

By: _____
    Lance C. Wells, Esq.
    AK Bar #9206045

I certify that on ___ day of Dec. 05, a true and ___ of the foregoing was served by _____ on: Cooper, AUSA

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859