FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 3: 22

TG

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F05-036 CR (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **REPORT OF CONFERENCE** |
| vs. ) | |
| ) | |
| MITCHELL ELLIS ASHER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    This is to certify that counsel for the parties conferred regarding this case on 21,December, 2005, at about 1:55 p.m., by phone as counsel live in different cities,

10

and discussed discovery and the future course of proceedings in this case.

DATED this 22nd day of December, 2005, in Fairbanks, Alaska.

                                                TIMOTHY M. BURGESS
                                                United States Attorney

                                                STEPHEN COOPER
                                                Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that
a true and correct copy of the foregoing
**REPORT OF CONFERENCE**, was
sent to the following counsel of record
on December 22rd, 2005, via U. S. Mail:

Lance C. Wells, Law Offices
733 W. Fourth Avenue, Suite 308
Anchorage, Alaska 99501

MARI JOHNSON
Office of the United States Attorney