FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 AM 11:17

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, <br>     Plaintiff, <br><br> vs. <br><br> MITCHELL ASHER, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. F05-036 CR (RRB)

## NON-OPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW LANCE C. WELLS, COUNSEL for Defendant named above, and hereby files this Non-Opposed Motion for an Extension of Time until January 25, 2006 in which to file his client's pretrial motions.

This non-opposed motion is supported by the attached affidavit of counsel filed herewith.

Dated this 22nd day of Dec, 2005.

              Law Offices of Lance C. Wells, P.C.

              By: _____
                  Lance C. Wells
                  Alaska Bar #9206045

I certify that on the 2 day of Dec 05, a true and [correct] copy of the foregoing was served by mail on Cooper

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

Non-Opposed Motion for Extension of Time        1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>      Plaintiff,<br><br>vs.<br><br>MITCHELL ASHER,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. F05-036 CR (RRB) |

### AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | )  ss |
| THIRD JUDICIAL DISTRICT | ) |

Lance C. Wells being duly sworn deposes and states as follows:

1. I am the counsel of record for the Defendant in the above matter.

2. That I am a sole practitioner in Anchorage, Alaska. My practice is limited to civil work and criminal defense primarily. I am also an OPA and CJA contract attorney for the State of Alaska and the Federal Government.

3. That my client's pre trial motions are currently due on or before 1/6/05.

4. I will be unable to complete a review of discovery by that date as I am awaiting receipt of documentation regarding this case as well as documentation from the State Florida.

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

Non-Opposed Motion for Extension of Time                          2

5. That AUSA Cooper and I have had our telephonic discovery conference. At that time on 12/21/05, I requested of him that I have until 1/25/06 to file any pretrial motions. He did not oppose that request as his office is still assembling initial discovery for the Alaska matter.

6. I will also be out of Alaska December 25th through January 8 visiting my parents in Texas. They are getting up in years and travel is very difficult for them to Alaska. This trip has been planed for over one year. I cannot change my travel arrangements.

7. Neither side will be prejudiced by this brief continuance request.

8. I request until 1/25/06, to complete my client's pretrial motions and file them with the court.

Dated this 22nd day of December, 2005, at Anchorage, Alaska.

LAW OFFICES OF LANCE C. WELLS

_Lance C. Wells_
Alaska Bar No. 9206045

Subscribed and Sworn to before me this 22nd day of Dec. 2005.

_Sharon R. Leippi_
Notary Public in and for Alaska
My Commission Expires: June 8, 2006

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional
Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859