UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>MITCHELL ELLIS ASHER</u>

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                    CASE NO.  <u>F05-0036CR(RRB)</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 9, 2006

    Defendant Mitchell Ellis Asher has filed a motion to extend the pretrial motions deadline to January 25, 2006. Trial in this case is now set for **January 30, 2006 before U.S. District Judge Beistline.** The pretrial motion deadline is designed to accommodate the district judge's trial date. The pretrial motion deadlines cannot be extended absent the district judge's granting of a motion to continue the trial date. Defendant has not yet filed any such motion with the Court. Accordingly, Defendant's Motion to Extend Pretrial Motion Deadline at Docket 11, is **DENIED.**

[PTM MO denying motion F05-036CR.wpd]{IA.WPD*Rev.12/96}