UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   MITCHELL ELLIS ASHER  

DATE:   January 18, 2006   CASE NO.   4:05-CR-0036 RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RESCHEDULING FINAL PRETRIAL CONFERENCE**

---

      Due to scheduling conflicts, the final pretrial conference set in this matter for January 25, 2006, is **rescheduled** and will be held on **Friday, January 20, 2006, at 11:30 a.m.**, in Fairbanks, Alaska. Judge Beistline will attend telephonically from Anchorage. Counsel needing to attend telephonically are to contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make appropriate arrangements.

M.O. RESCHEDULING FINAL PRETRIAL CONFERENCE