Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MITCHELL ASHER, )<br>    Defendant. )<br>_____) | Case No.  F05-036 CR (RRB) |

**NON-OPPOSED MOTION FILED ON SHORTENED TIME TO CONTINUE THE
CURRENTLY SCHEDULED CHANGE OF PLEA DATE**

COMES NOW LANCE C. WELLS, counsel of record for Defendant MITCHELL ASHER and hereby files this Non-Opposed Motion Filed On Shortened Time to Continue THE Change of Plea Date Currently Scheduled.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 1st day of March, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**Certificate of Service**

      That on the 1st day of March, 2006, a copy of this document was served by electronic filing upon, AUSA Cooper.

By: s/LC Wells, Esq.