Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>vs.<br><br>MITCHELL ASHER,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. F05-036 CR (RRB)** |

## [PROPOSED] ORDER

The court having considered the defendant's non-opposed motion filed on shortened time to continue the change of plea date in the above matter and good cause having been shown, it is hereby ordered adjudged and decreed that the motion is granted. The current change of plea date of 3/3/06 is hereby vacated and rescheduled until the __ day of _____, 2006 at Fairbanks, AK. in courtroom number ____.

Dated: _____                     _____
                                                   US District Court Judge

**Certificate of Service**

      That on the 1sr day of March, 2006, a copy of this document was served by electronic filing upon AUSA Cooper assigned via electronic delivery

By: s/Lance C. Wells