UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v. MITCHELL ASHER

DATE: March 2, 2006    CASE NO.  4:05-CR-0036-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE**

---

Defendant has filed a Non-Opposed Motion on Shortened Time to Continue the Currently Scheduled Change of Plea Date (Docket 17). The change of plea hearing presently scheduled for **March 3, 2006, at 1:30 p.m.**, in Fairbanks, Alaska, will be utilized as a rescheduling hearing. Counsel for Defendant may attend telephonically by calling Meet-Me-Bridge A at (907) 677-6246.