```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   MITCHELL ELLIS ASHER    CASE NO. 4:05-cr-00036-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE: RALPH R BEISTLING

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER

DEFENDANT'S ATTORNEY: LANCE C WELLS(TELEPHONIC)

U.S.P.O.: MARCI LUNDGREN

PROCEEDINGS: SCHEDULING CONFERENCE HELD 3-3-2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

at 1:29 p.m. court convened.

Court heard why counsel is not present and client is in Fairbanks.

Court and counsel heard re rescheduling Change Of Plea.

Change of Plea scheduled for April 10,2006 at 1:15 p.m.

at 1:42 p.m. court adjourned.

DATE:   3-3-2006                 DEPUTY CLERK'S INITIALS: tg