UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  MITCHELL ASHER 

DATE:   March 31, 2006          CASE NO.    4:05-CR-0036-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RESCHEDULING HEARING**

---

The change of plea hearing presently scheduled for April 10, 2006, is **rescheduled** and will be held on **Friday, April 14, 2006, at 10:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska. Counsel may attend telephonically by calling Meet-Me-Bridge A at 907-677-6246.

M.O. RESCHEDULING HEARING