DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-036 (RRB) |
|---|---|---|
| Plaintiff, | ) | **[Proposed]** |
| vs. | ) | **ORDER RESETTING CHANGE OF PLEA** |
| MITCHELL ELLIS ASHER, | ) | |
| Defendant. | ) | |

On the unopposed motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Change of Plea now set for April 14, 2006, is continued and reset for _____, 2006, at _____m. o'clock.

Date:_____          _____
                                                        The Hon. Ralph R. Beistline
                                                        United States District Judge