UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  MITCHELL ELLIS ASHER 

DATE:  April 7, 2006    CASE NO.  4:05-CR-0036-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Pursuant to Plaintiff's Unopposed Motion to Continue Change of Plea (Docket 22), the hearing presently scheduled for April 14, 2006, is **rescheduled** and will be held on **Friday, June 2, 2006,** at **1:30 p.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. RESCHEDULING HEARING