AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>MITCHELL ELLIS ASHER | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 4:05-cr-00036-RRB |

I, _Mitchell E. Asher_, the above named defendant, who is accused of

_Cts 1-43 of Superseding Information_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6·2·06___ prosecution by indictment and consent that the pro-
         *Date*
ceeding may be by information rather than by indictment.

_signature_
*Defendant*

_signature_
*Counsel for Defendant*

Before **REDACTED SIGNATURE**
          *Judge*