Miami-FL, March of 2006.
To Whom It May Concern:
Please accept this letter as a character Reference for Mitchell E. Asher.
I understand that he is currently the defendant in a case involving what are commonly know
as " white collar" crimes.
I have know Mr. Asher for 12 years, having met in Vitoria, Espirito Santo (Brazil). At that time,
I was business consultant for granite export sales. I worked directly with, Mr. Asher on
preparing a business plan for foreign "investments in the Brazilian granite industry. As he was
the principal accounting. officer for a US firm doing business inBrazil, we also collaborated on
financial plans for my own start -up business indirect-to-consumer electronics sales.
Mr. Asher business style and acumen were invigorating. He was detail-oriented, dedicated
and hand working. I find him to be a man of his word and genuine with his deed.
When I immigrated to the US in 2001, I again worked with Mr. Asher on getting my corporation Regis tend and established in Florida.
Once again, his knowledge and dedicative yielded a great support for me to commence
business here.
As a single mother with two small chiidren,'1 came to know Mr. Asher, his then-wife Liliana,
and their children, David and Sara, on a personal and social level. They became acquainted
with my children too. I have been very impressed with Mitch's level of involvement with his children. .
He is extremely patient and understanding- He mentors them at an adult level and challenges
their gifted abilities- It was refreshing to se a father's embrace and childrearing abilities.
Mitch may have erred, perhaps seriously. But I know that he is a good, capable person who is
extremely conscientious at all of his tasks. He is generous, loving, dutiful and responsible. I
am sure that he regrets his poor actions or judgments, but I am confident that he has learned
from his mistakes.
I hope that he returns to his children and his productive lifestyle soon.
Respectfully Submitted,
Marselha Rocha.
\\ \k. >/ \
\
Miami-FL, March of 2006.
To Whom ItMay Concern-
. Please accept this letter as a character Reference for Mitchell E. Asher.
I understand that he is currently the defendant in a case involving what are commonly
know as " white collar" crimes.
I have know Mr. Asher for 12 years, having met in Vitoria, Espirito Santo (Brazil). At that
time, I was business consultant for granite export sales. I worked directly with, Mr. Asher

on preparing a business plan for foreign investments in the Brazilian granite
industry. As
he was the principal accounting officer for a US firm doing business in Brazil,
we also
collaborated on financial plans for my own start -up business indirect-to-
consumer
electronics saies.
Mr. Asher business style and acumen were invigorating .. He was detail-oriented,
dedicated and hand working. I find him to be a man of his word and genuine with
his
deed.
When I immigrated to the US in 2001, I again worked with Mr. Asher on getting my
corporation Regis tend and established in Florida.
Once again, his knowledge and dedicative yielded a great support for me to
commence
business here.
As a single mother with two small children, I came to know Mr. Asher, his then-
wife .
Liliana, and their children, David and Sara, on a personal and social level.
They became
acquainted, with my children too. I have been very impressed with Mitch's level
of
involvement with his children.
He is extremely patient and understanding- He.rnentors them at an adult level
and
challenges their gifted abilities- It was refreshing to se a father's embrace
and childrearing
abilities.
Mitch may have erred, perhaps seriously. But I know that he is a good, capable
person
who is extremely conscientious at all of his tasks. He is generous, loving,
dutiful and
responsible. I am sure that he regrets his poor actions or judgments, but I am
confident
that he has learned from his mistakes.
I hope that he returns to his children and his productive lifestyle soon.
Respectfully Submitted,
Marselha Rocha.
\\ ,K'
7 \ \
March 8, 2006.
To Whom It May Concern:
I am wiring on behalf of Michel E. Asher, a friend and former employee. Mr.
Asher has
Informed me that he was indicted by a Federal Grand Jury on charges of economic
crimes.
-~~-
has two wonderful children whom he cherishes. He has been active in their
development and
involved with synagogue, scouts and Little League.
My confidence is extremely high that Mitch will become, once again, a productive
and useful
member ofthe community. I find him to be a man of his word and I have never felt
betrayed. I also
deeply believe that his divorce, investment failures and declining health have
contributed to his

misdeeds. Once paying his price, hopefully short, I am confident that he will right his wrong to the
best of his ability.
I welcome the day when Mitch and I can work together again and build another successful
enterprise. He is a person to be held in the highest regard and I pray that the court comprehends
similarly. Should my personal appearance in Mitch's case be requested, I am able and willing to be
in Anchorage on short notice.
Mitch has helped me in my successes, now I would like to stand by him and return the favor.
Bogota, Colombia March 30th, 2006
To the United States District Court for Alaska:
My name is Graciela Duque, the executive administrator of Clinic Kirpalamar. We are a
private retreat in the suburbs of Bogota that offers alternative medical solutions to the
chronically ill. The Clinic and its medicine were founded by my husband, Dr German
Duque, a noted and published physician worldwide -
At the request of Mr. Mitchell Asher, I am authoring a personal reference on his behalf. I
first was introduced to Mr. Asher in 1993 by a former patient and subsequent trustee. Mr.
Asher suffered from episodes of supra ventricular tachycardia, atrial fibrillation, edema,
hypertension and obesity. Over regular visits to our clinic, we assessed and treated Mr.
Asher's disorders with natural solutions, commonly referred to as homeopathy. In
addition, a strict diet and cleansing regimen was implemented. Over the course of
approximately five years, Mr. Asher's conditions generally improved, but not without
setback. While in residence at the clinic, his progress was exemplary; but once in his
normal routine, his symptoms worsened.
When I last saw Mr. Asher in 2004 he was overwhelmed by his doctor's diagnosis of CHF
(Congestive Heart Failure). This was shortly after he relocated to Alaska with the
intentions of "making a fresh start".
We met during his visit to Florida, where I was attending a conference. I urged him to
make drastic changes in his lifestyle, especially with his diet and nutrition. He told me
about his research in having a Roux-N-Y Gastric Bypass performed. Although an extreme
measure, I understood his desire.
We spoke again in mid - 2005. Sr. Asher informed me about his multiple surgeries
including a Cardiac Ablation, Vascular Repair and a Gastric Bypass. He was hopeful to
improve his health and become involved in a fitness program. I was pleased to hear of his
drop in weight and rise in spirits.
I was somewhat shocked to hear about Mr. Ashes current legal, problems. But at the

same time, I understood that he didn't have adequate insurance coverage for his procedures and he worried about his children's financial security. Fop Mr. Asher to have
committed these crimes is the sign of a desperate man. His resorting to desperate
measures indicates his interpretation that all of his options were exhausted. I am aware
that now in addition to Mr. Ashe's regret, he is conscious that he has a significant support
system of friends and family, clergy and business associates, that will direct him on the
correct path.
He is a worthy individual and I am grateful for knowing him. I am honored to write this
letter on his behalf and to vouch for his character and his abilities. I am certain that after
this process is concluded, Mr Asher will undoubtedly remain inside the law.
Thank you for any consideration afforded to Mr. Asher at this extremely serious juncture
in his life.
He is worth it.
;,Cordially.,
1U~.JvOlU.A/k J~ i ~ I raciela
V)
Duque - . f/ . . Iinica Kirpalamar
Arbelaez, Colombia
GOLDENROD LITTLE LEAGUE, INC.
P.O. BOX 1133 GOLDENROD, FL 32733-1133 (407) 263-8524 TAX ill:
59-1641731 • League ill: 3-09-03-21
January 26, 2006
Dear Sir:
It is with great pleasure that I submit this letter on behalf of Mitchell E.
Asher. I have .known him
as a dedicated father attempting to juggle baseball and cub scouts for his son David.
Mitchell has always displayed a high degree of integrity, responsibility, and caring. He is
definitely an asset to Goldenrod Little League and to this community. In addition to his excellent
accomplishments, he has proven his community service by organizing and working our
concession stand at the Goldenrod Little League fields to provide the parents and players an
opportunity to have refreshments and food during games. This effort helped Goldenrod obtain the
funds needed to provide this baseball service to the children
. of our community.
He is also a most dependable team player. His good judgnient and mature outlook ensured a
logical and practical approach to the success ofthe league in no small way.
Mitchell would be an asset to any community, and I am happy to give him my wholehearted support.
Edwin Aviles
President Goldenrod Little League
Goldenrod Little League's mission is to implant firmly into the children of the community the ideals of good

sportsmanship, honesty, loyalty, courage and respect for authority, so that they may be well-adjusted, stronger
and happier children and will grow to be good, decent, healthy, and trustworthy citizens.
To Whom It May Concern
Dear Sir or Madam:
I am an attorneylocated in Palo Alto California. We represent primarily Fortune 500 companies in
. credit and insolvency issues throughoutthe world. I worked with Mitch for a multi-year period as counsel for a
corporation of which he was 'an executive. He was an extremely competent negotiator and business
representative. He had positive personal skills and an ability to influence people.
Mitch and I traveled to South Korea on one occasion in order to negotiate a solution to a significant
business issue. His negotiations with the business representation on the other side solved the problem and
allowed a settlement to be consummated.
I believe that, upon his release, he will reenter the work force and provide a positive contribution.
PALO ALTO, CALIFORNIA 94306
March 15, 2006
Very trtrI§;Jhrs,
" ,.- j./'
(~N, BERGEN & SCHWAB
~C-4
LMS:cmc
W :\X0004\OO 1 \ltr\031506-asher. wpd
BIALSON, BERGEN & SCInVAB
ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL. SUITE 300
I
/~ ~
awrenceM.sch~
TELEPHONE
(650) B57-9500
FACSIMILE (SSO)
494-2738
E_MAIL: atty@bbslaw.com
SEYMOUR BERGEN
(15.23-.2003)
Peter E. Lawrence
164A Main Street
South River, NJ 08882
Home: (732) 967-1511 * Cell: (732) 816-5353 Email:
petegringo@yahoo.com
Re: Mitchell Ellis Asher
Monday, February 20, 2006
To whom it may concern:
I've known Mitch Asher all my life. He is one month older than me, and our
parents were friends with each other before we were born in, respectively, July
and August of 1956. That was in Brooklyn, New York.
We were in school together through junior high. After that, we attended
different

high schools and colleges. He relocated to the West Coast, and I stayed east.
Over the years, we've remained in close touch, especially since the advent of cell
phones and e-mail. The past few years, we've e-mailed or talked on average,
three to four times a week.
I'm in the dark as to the dealings that led to his current legal mess. But in terms of
character reference, he's been both a top-shelf best friend to me, and an excellent
father to his two kids, as far as I can see.
I know Mitch's son, David, much better than his daughter (who I've only met once
or twice, when she was a baby). Mitch and David have a healthy, normal
relationship ... Boy Scouts, little league, skiing trips up north, and that sort or
thing. I should be that nurturing a father myself!
I've also been asked to comment on Mitch's extensive international travel.
When he lived in California, Mitch traveled several times (maybe more) to the Far
East as a Seiko executive.
(more)
Re: Mitchell Ellis Asher (2-2-2-2)
More recently, while an executive with a company called Vitech (later, Bahiatech) in
Miami, Mitch traveled extensively - up to twice or three times monthly - between
Miami and South America, mainly Brazil, where Vitech/Bahiatech maintained all of
its manufacturing and most of its personnel. I accompanied Mitch on one such
business trip in 1995.
We went to dinner with his boss, to some clubs, on a trip to a beach resort (with
girls, we're straight!) ... but it was mainly inspecting the offices and manufacturing
facility, and lots of meetings.
He's also traveled several times to Colombia, and at least once to Mexico, in
search of solutions to his many medical woes. I accompanied him to Monterrey,
Mexico last year, where he later.had gastric bypass surgery done.
As to his trips to Colombia, he visited an holistic health clinic on several occasions,
and, of course, Colombia is the native land of Mitch's ex-wife and mother of his
children ... Martha Liliana Ospina Asher, I believe' is her full name.
As I mentioned earlier in this note, I know nothing, essentially, about Mitch's current
legal problems and what exactly he did to land him in jail. As to how someone as
close to him as I am can honestly say that, my guess is that he never brought me
"into the loop" of these affairs so I could later (Le.-now) swear utter ignorance.
In a somewhat twisted sense, I suppose that was done out of extreme friendship on
his part.
In conclusion ... it sounds like Mitch did some bad things and is justly
incarcerated. I do ask that he be given whatever leniency you will allow. He's
non-violent, a good father and a good friend.
If you need any further information, feel free to mail, e-mail or phone me
anytime, at the numbers and addresses at the top of page one of this letter.
March 22,2006
To Whom It May Concern:
I recently found out that Mitch Asher was arrested for embezzlement in the state
of Alaska: I

decided to write this letter to the court expressing my experience in working with Mitch and
my experience with him as a friend.
I first met Mitch in Miami back in 1992 as we work together at U.S. Computer. Mitch was hired
as the CFO and I held the position of Purchasing Manager. This was Mitch's first job with a
computer company. I worked very close to Mitch as the company was buying large quantities
of computer parts from major manufactures and it was fruitful to work with him as he was in
charge of paying the vendors and keeping the company financially healthy. As it turned out I
found working with Mitch was very successful as he was willing to learn and deal with the
manufactures in a professional manor. Together we were able in improve our relationship with
three key manufactures that helped our company by increasing our credit terms and credit
limits.
As we continued to work together at U. S. Computer we started to ·socialize together outside of
work. We became friends quickly as I found Mitch to be a good friend. Around this time Mitch
and I were out at a local restaurant where he met his future wife. He later married her and she
became pregnant with his son David.
After U.S. Computer Mitch took on a job with a company I recommended him to. Again his
position was CFO. I later was hired by Mitch as the Purchasing Manager. Together we
expanded the companies credit terms and limits to over 2 million dollars. This company later
went public and Mitch was rewarded for his efforts in building the. company and managing the
Miami operations.
Next work experience was with a company that Mitch owned, CPI. Again I was hired to do the
purchasing. The company was small but we did open operations in two cities in Brazil. We
exported computer parts to our offices in Brazil where we resold them.
This was the last work experience I had with Mitch and we each went our own ways. It was my
observation that was very talented at his job functions. He worked very hard and was there early
every morning and the last one to leave every night. He has shown good work ethics and is
determined to get the job done.
Mitch is a loving father to his son David. Anyone who has seen them together would clearly see
this. He also can be a very good friend as I have personally experienced. I'm surprised at the turn
of events that Mitch finds himself in. I have seen the opposite in his behavior. I hope that the
court considers all his good points and looks to help him instead of just punishment. He is a

person that has proven to be a valuable citizen and should be given a chance to give back to the
community and his family.
Sincere1Y,V
Glenn Real-Mi
1401 SW Cellini Avenue
Stuart, FL 34953
February 27, 2006
To Whom It May Concern:
I met Mitch Asher in 1994 when I applied for a receptionist position at Vltech America
in Miami, Florida. I worked with Mitch for approximately 5 years. While- I was at
Vitech, he was in charge of the office because the owner lived in Brazil. He was trusted with all the daily activities that were needed to run and promote the business.
He handled everything form hiring personnel to making sure product was ordered and delivered to the daily cash flow management. He was even instrumental in helping the company go public and being traded on the stock market.
It has been my pleasure to be one of his coworkers at Vltech as well as at Commodity Plus in 1999 and Kent Security in 2001. He has shown time and time again his dedication to his employer and their business. He seemed to always be the
first one at work and the last one to leave. He took his responsibilities seriously and
instilled that in other employees as well.
When I first started working with Mitch I had little or no knowledge of computers. With
his help I was able to acquire the computer capabilities I needed in today's work force
to elevate my position to office manager. He taught me a lot about accounting practices so I could combine my office manager skills with that of book keeping. He
was a great teacher and became a good friend. If the opportunity arose, it would be
my pleasure to work with him again. .
I was working with Mitch when he first became a father. The way he bonded with his
son David was amazing. He doted on his son. The only time I ever saw him leave work earlier than anyone else was to pick up his son from daycare. Later it was my
pleasure to once again see him with his baby girl, Sara. He was always planning his
weekends to be with his family so he would have the quality time he so desired with
them. He would bring pictures in to work on Monday of things they had done. His family has always come first in his life. I have never seen a more devoted father.
When his marriage to Liliana ended, he did everything in his power to maintain his
relationships with his son and daughter. He had David live with him and he had Sara
. during holidays and on weekends whenever it could be arranged.
His devotion to family did not end with his son and daughter. He also helped his elderly parents. I remember his dad was retired but still wanted to work so he would
sell things at the local flea market. Mitch would try and make sure he was not

overdoing it especially with the hot weather in Miami. He also helped his sister,
Page1of2 .
Donna with her flea mar!<et business and other matters. When her son Dustin wanted to
move to Miami, Mitch opened up his home and helped him findwor!<.
Mitch has also helped me during some of the hardest times in my life. He was there . to
help me get to Califomia to say my good byes, when my mom and dad passed away only
months apart. He showed a lot of patience and compassion when he had to deal with the
very emotional person I became during that time.
When my daughter Jessica needed wor!< but was having difficulty finding a job, he
stepped forward and offered her one until she could find a more suitable position. He
even allowed her to bring her baby to wor!< with her because she could not put her in
daycare.
I have seen him help other friends and cowor!<ers with problems. Whether they needed
financial help or just a good listener, he made himself available. I now hope this letter will
help him the way he has helped me and others.
The information contained in this letter is true and correct to the best of my ability.
Sincerely,
Linda G. Odom
Page 2 of2
P.O. Box 74863
Fairbanks, Alaska 99707
907.456.1002 office
907.479.2165 fax
January 20, 2006
To Whom It May Concern:
This letter is to verify that Mitchell Asher, along with his son David, belonged to our
congregation in 2003 and was a member in good standing. He regularly attended our
Shabbat and High Holiday services and his son also attended religious school.
If you are in need of any other information, feel free to contact me through the synagogue
office.
r
Si
I. . 'nc lerel
n
y
-L
,
0-. V-, /";',' ;/
' .1.-J,;;1 J ./¥-rL.£-c.t;v"M~
iet \
'£Ii LL',
Schichnes .
Board Member and Secretary

Martha Asher
7608 NW18th Street
Margate, Florida 33063
To Whom It May Concern:
I am Martha Asher, Mitchell Asher's mother. My husband, Herman Asher (Mitch's father) is
going on 90 years old and I am 86 years old. We will celebrate our 65th wedding anniversary
this September, god willing.
I'm sure you receive many letters from moms and dads written on behalf of their sons and
daughters. This is the hardest letter I've ever written. I never thought I would be in this
position, but would like you to know part of the son I know.
Over the last fifteen years or so as we have gotten much older, our son has been there for us.
After retiring and still trying to work part-time, we still could not fully live comfortably.
Mitchell took over and for probably the last four cars that we have had, Mitch has made the
car payments every months for many years. For the last few years especially, Mitchell has
called us almost daily. He was always on top of our paperwork, insurance, dealing with the
many doctors and going shopping for us. He is what you expect from a son. He could always
rely on him ..
In last October, our condo had so much damage ... no windows, flooding, no electricity, from
the hurricane, Mitchell immediately drove to our home and took us to live with him and our
grandson. He made proper arrangements for repair work and in his hometown of Orlando, he
made arrangements for us to see local doctors and the hospital.
Mitchell is devoted to his children. He sent the to Hebrew school, celebrates the Sabbath
weekly, joined a temple, became involved in cubscouts and became a leader and was very
active at the school. He took them on educational trips and also camping. He read with them
every night before they went to sleep.
My husband and I were stunned by the news surrounding Mitchell. My husband and I talk
over and over about what we believe could have led to this. After his divorce he gained a lot
of weight and was up to 325 pounds at one point. Obviously, his health was terrible, and
some of his business ideas failed ... and we believe all of this led to where he is now.
He is a very loving, giving lind caring son. He is a great asset to us, to his children and to his
community. We only hope that you return him to us shortly for we are waiting patiently for
his return. He can live with us and see his children, as they live nearby. As he has been there
for us, we will be there for him.
Thanking you in advance for your consideration, I am

Sincerely,
Martha Asher
May, 2006
Dona Quinones
312 Lama Avenue
Long Beach, California 90814
May 19, 2006
Dear Judge Beistline:
I am Mitchell Asher's sister and am writing on behalf of him. I am his older sister, but most of the
time, he was older and wiser than me. We are very close and until his arrest, we spoke to each
other almost daily. I counted on him for advise for my business, on my children and
grandchildren, on our parents and he is a great listener.
You couldn't ask tor a better brother. When my children were young, and I was going throu~h a
divorce, he was the one I counted on. He rolled up his sleeves and jumped right!Fie took the kids
to museums, fheater and plays, to the park, to the beach, and especially to fhe library. He is very
nurturing and loving. When my son was in college; he started fooling around and not appreciating
what he had been given. My brother recommended that he leave and come to work for him in
Brazil. It was very hard work and very little pay and very little free time. He stayed there for two
years, fumed his life around and Mitch was there guiding him through it all. My son was
floundering and Mitch put him on an even keel. My son became a man. Whenever Mitch traveled
for business, he would send literafure, catalogs and photos from Brazil. Japan, Columbia and
make adventures and games for the kids. He was a very involved Uncle and fook the role very
seriously. I've been in business for twenty years and could not have done it without him. There
were many ups and downs and a lot of leaming experiences and he always came through with a
game plan .. sometimes plonA. plan B and even C.
My brother has always been my parent's keepers. The rely on him and are quite lost without him.
He helps them in many ways and always keeps their morale positive. He brings the children to
them and he prepares food for everyone. He makes them laugh. And he listens over and over
again as my father falks about his involvement during World War II. He brings them CD's and
videos of old movies and big band music. He gets my dad to do jumble word puzzles and gets
my mom to watch jeopardy, all of Which help with their memory.
As he was with my children, Mitch is a great dad. He does everything a person can do. Since
they were very young, he reads with them, does puzzles and brain teasers and is completely
involved with their education.' He has made sure that they are well rounded. They attend temple

activities, cubscouts. brownies, Hebrew school. reading clubs, library functions and community
fundraisers, dance and little league. One example of how dedicated he is: they read togefher
everyday. When my brother travels they still read together every night. He buys or checks out
' th
o s k o b e th f o s i p o c wo t y a r i l e th m tro
at fhey c
b
an
r
still alterna
ef
e reading
o
pages! (c '" *"- p"N:. Y\~ ),
When my brother got divorced he started putting on weight and continued until wilenlast saw him,
he was over 300 pounds. His health was terrible. I went with him several times to see the
cardiologist who said he was in danger. I saw it, He had trouble breathing and could hardly
walk. If started fa affect his play with his son. He couldn't move well. I believe this was a
motivating tactor for what he did.
My brother is overwhelmed with remorse for what he has done. I only hope his imprisonment will
not be long. He is needed by his children, his parents and me. When he is released I have ample
work for him to be gainfully employed. He has a terrific support group around him and he is loved
and respected. I pray that you will be sensitive and fair in your evaluation of the situation. He is a
wonderful human being and we will all help Mitch as he has helped us.
Respectfully,
'~~~\j~~
Do~63nones
-------------------------------------------------
ACKNOWLEDGEMENT OF
MEDICAL RECORDS RECEIVED
BY: 'D. QUI/JaMeS l--.o!TQl.J?>t:.e1, eA
FROM: BLOCK & NATION P.A. 4270
ALOMA AVE, SUITE 194
WINTER PARK, FL 32792
(407 -678-6888)
ql)K" t
FOR PATIENT: H,fc.he.ILe As6er DOB: '1@~//9¢(,
DR. BRADLEY BLOCK, M.D.
DR. AMY J. NATION, D.O. DR.
CRAIG P. CHASE, M.D. DR.
SUSAN G. SMOLEN, M.D. . l ...
',
RECEIVED ON:" _____ ~ _____BY: -----
MEDICAL RECORDS REQUESTOR, PLEASE
COMPLETE AND FAX BACK TO: (407) 678-0252

ATTN: MEDICAL RECORDS
• •
Patient Summary Page 1 on
ASHER, MITCHELL E
3843 SUTTON PLACE BLVD,
#707, WINTER PARK, FL 32792
Home: 000-000-0000
407-68I-5II6
DOB: 07/28/1956 Age:
49Y Sex: male Work:
Cell:
Email:
Notes
Primary Insurance: i
UNITED :
PCP: M Craig P Chase,
I MD.
Specify
Value
no
no
yes
sip qastric
bypass 2005
I
!
:
t
I
no
yes rarely
yes
no one
son lives with him, dauqhter lives with ex-wife out of state
Allergies: sulfa
Medical History
Code
Active Problem List
Name
Vitamin 812 Deficiency N05 269.2
Past Medical History
A-Fib
Hypertension
Depression with anxious mood
5VT/pat ( s/p muiti-cardioversions,rbbb)
inguinal hernia-left
vasectomy
hemorrhoidectomy
cmeg
asth rna-modi persista nt
osa
Medications
Name strength formulation, Sig: take route frequency
Nexium 40 mg enteric coated capsule, 5ig: 1 cap(s) orattv.once daily
•
Diovan 80 mg tablet, Slq: 1 tabes) orally once daily
Coumadin 1 mg tablet; 51g: 1 tab(s) orally once daily

Advair Diskus 250 meg-50 meg powder, 5ig: 1 puff(s)inhqled twice. a day
atenolo! 50 mg tablet, 5ig: 1 tab(s) orallyonce daily
amiodarone 200mg tablet, 5ig: 11/2 tab(s) orally once da.ily
Social History
Name
Alcohol:
Smoking:
Sexually active:
Rec. drug use:
Exercise:
Caffeine:
Accompanied
By:
Home: FamilY Historv Relation:
Description
Father: copd,cad,valve repair,dementia,skin ca ..
Mother: dm,high lipids,asthma,skin cancer,.
1 son(s) , 1 daughter(s) .
Vitals
http://192.168.20.114:8080/mobiledoc/jsp/catalog/xmlJgetPatientSummary.jsp?Patie
ntld=...1/17 /2006
Patient Summary
3843 SUTTON PLACE BLVD, #707,
WINTER PARK, FL 32792
ASHER, MITCHELL E
Allergies : sulfa
Name
Wt
Temp
Ht
BMI
Patient Encounters
Date Visit
09/14/2005 TEL
09/12/2005 NURSE
09/08/2005 TEL
08/31/2005 LA8S
08/23/2005 TEL
07/19/2005 LABS
07/14/2005 LONG O.V.
06/07/2005 O.V
02/28/2005 O.V
12/21/2004 TEL
11/30/2004 NURSE
11/29/2004 O.V
10/28/2004 O.V
09/16/2004 LONG O.V.
Health Maintenance
Name
-PSA, serum
PE
Prostate Exam
Dx(EKG
) Dx( -
CMP
(N a, K,CO 2, Glu ,BU N, Cr, Ca, TP ,A 1 b, TBi I I ,AP
,AST,AL T))

```
Dxf-Llpld Panel (TChol,TrI9,HDL,LDL))
Dx(U/A-, DIPSTICK IN OFFICE)
http://192.168.20.114:8080/mobiledoc/jsp/catalog/XmI/getPatientSummary.jsp?Patie
ntld=... 1/17/2006
DOB: 07/28/1956 I
Age: 49Y Sex: male
Primary Insurance:
UNITED
PCP: M Craig P
b-12
seen
MD
Value
233
96.8
65
38.77
Reason
labs are in
lab results
blood work
initiate. call to pt.
NO SHOW -- patient not
seen
F/U FROM SURGERY
AND MEDS
discuss weigh loss surgery
NO SHOW -- patient not
flu vaccine
F/U
Last Done Due Date Result/Comment
08/3,1/2005 08/31/2006
07/14/2005 07/14/2006 slightly low globulin
Email:
Diagnosis
Vitamin B12 Deficiency NOS
SCREEN MALIG NEOP-PROSTATE
No Show
Atrial Fibrillation
Hypertension, Benign
Cardiomegaly
GERD - Gastroesophageal Reflux, No Esophagitis
INTESTINAL BYPASS STATUS
Hy-pertension, Benign"
OBESITY NOS
Atrial Fibrillation
Cardiomegaly
No Show
01/17/2006
01/17/2006
01/17/2006
01/17/2006
01/17/2006
Page 2 of3
407-681-5116
Home: 000··000-0000
Work:
```

Cell:
I
Patient Summary
ASHER, MITCHELL E
DOB: 07/28/1956 Age:
49Y Sex: mcile
3843 SUTTON PLACE BLVD,
#707, WINTER PARK, FL 32792
Primary Insurance: !
UNITED iPCP: M
Craig P Chase, MD.
Allergies: sulfa
Referrals
Outgoing Referrals
Referral To
Nichols, Sharon
CARD-CFC
Pollak, Scott
CFC
anthony saranita
Referral From
Bradley M Block,
M.D.
Susan G Smolen,
CARDM.
D.
Susan G Smolen,
M.D. Susan G Smolen,
M.D.
http://192.168.20.114:8080/mobiledoc/jsp/catalog/xml/getPatientSummary.jsp?Patie
ntld=... 1/17/2006
Reason
follow up 99499
aterial fib
pt. having proc. done at florida hasp. crt.
dry feet, fungus
Start Date
10/04/2004
10/12/2004
10/12/2004
12/14/2004
Home: 000-000-0000
Work: 407-681-5II6
Cell:
Email:
i
Ii
.
.
!
lEnd Date
I
:01/01/2005
01/09/2005
!01/09/2005
:03/13/2005
I
Page 3 of3

```
.
DR. PABLO G. ZORHILLA BLANCO, F.kCS.
CIRUGlA DlGESTIV A,tIRUGlA DE LAOBESIDAD
CIRUGlA GENERAL
Monterrey, N. L., Mexico. May 15, 2006
To Whom Concern:
.
,
This is to inform you that the patient Mr. Mitchell Asher had a Gastric Bypass
Surgery on June
14, 2005 in Clinica Vitro from Monterrey, Mexico. The reason for the
intervention
was that he suffers from Morbid Obesity. i
He was a 48 year old man, his weight was! 295 pounds and his Body Mass Index
(H.M.I.) was
46 Kg x m2, and he therefore was a candidate for serious health problems in the
years to come,
unless he underwent obesity surgery.
It was a medical necessity to do this kind of surgery to Mr. Asher to improve
his medical
condition and to prevent serious medical complications in tbe future.
i
Sincerely
~~~
a ~a,M.D, FAc.S.
DGP 692515
SSA90620
PAGE 03/0~ 407-573-1510 US/B8/2085 QS:40
'
.
Mitchell E. Asher
Address:
Phone:
Home:
Office:
Fax:
Email:
6969 University Boulevard Winter
Park, Florida 32792 USA 1-321-
217-7309
1-407-657-6666
1-407-681-5116
1-407-681-5117 .
m.asher@earthlink.net (home)
mashcr@inclra.ce (office) :
Date of Birth: 28 July 1956
Age:
Gender:
48
M~.le
Caucasian
Jewish
5 feet 8 inches (In.7cm)
295 pounds (133.8kg)
Race:
Religion:
Height:
```

```
Weight:
44.8
52 inches (132.1 em)
BM!:
Waist:
Surgeries: Cardiac Ablation for Atrial Fibrillation 2004
Vascular Repa.ir-RightLeg! (complication from Ablation) 2004
Hernia (left groin) 2003 .
Vasectomy 2000
Hemorrhoidectomy 1993
1 mg daily 50
mg daily 300
mg daily 80
rng daily
Medications: Cournadin (Warfarin)
Atenelol
Amiodarone (Cordarone)
Diovan
250i50 2 puffs daily
2 puffs as needed
Advair Inhaler
Albuterol
I
" . "
i
" ,
- I t ,V'j Fecha: 'y ~ .... \i
Nombre:
.
Edad:
Diagnostico:
(j)~ P)'1CJ3-£O (}. ZOrJ{CW££)'l r.B£J!l7vCO, P.}l.C.s.
CFl(Vqljl VEWPfRJUJ, CFl(7JqJ}l!DJ(]'FS'IIo/;4
i
CFl(Vqljl 'lYE £;4 Oill'ESJ!DjFD
J.. 0 G .:
'
DESCRIPCION DE LA!TECNlCA QUIRURGlCA
Rorl de inicio y terminacion: J'. "l .1-\
..
Ii L( CVl..(>,· ,l.I. -':·l C
'...-⁻-.....
I
c kGL
C:~
Otros:
Operacion realizada: ;(Q., J
I I
:
Otras:
Cornplicaciones:
i
,
•. Q ~-'I C ~~,--,.r i: Anestesiologos: \
Anestesia:
Sangrado:
~l ~ L.,-,,-- I
```

```
Sexo:
G L.u: £ i'vl.v .. r;{ ,L{ 6\.. \:> (G\L;
I !
i 5,''-1OCJ J E.'G I' h, e,,, .;L,~ \I J:...J
I ,
"1"/ 1\ l~' J""" ~"\ .J c--.."
T
nos: a r i C
ra
uj
slado del p~"dente
• -0.. .:
. ", I L c; C-.'n, h
Ayudantes: i
BYF ASS "GASTR1CO ABlERTO I
I ,-
Transfusion.
I
I
I
```

Previa Asepsia del abdomen y la colocacion de los campos esteriles se practico incision media
supraumbiljcal, nacienao hemostasia con electro cauterio y entrando por planos a la cavidad abdominal,
se colocaron los retractores y se procedio a realizar una bolsa gastrica vertical en la curvatura menor de
estomago de 15 cc de capacidad, utilizando una engrapadora lineal cortante Tl.C 75, se invaginaron las
!ineas de grapas del estomago excluido y de la bolsa gastrica con prolene 3-0, se realizo una ~rueba de
nermeticidad con azul de metileno y se coloco una banda de 'Marlex de 5.5 em de Iongitud en la bolsa
gastriea 2 ern por arriba d~ su borde inferior, fijandola con clips hacia la cara anterior. .Posteriormente
se secciono el yeyuno i proximal y su mesenterio a "3"0 Tm por abajo del ligamenta de Treitz con
engrapadora lineal cortante TLC 75 invaginando las !ineas de grapas de ambos extremos cpn prolene
3_0 y pasando el extreme distal en Iormaretrocolica y retrogastrica basta interponerlo entre el estomago
excluido y la bol~a gastrica fijandolo a esta ultima con seda 3-0. En seguida se realize una
gastroenterostomia terminp-laleral en forma manual en dos capas con vicryl y prolene 3-0 y a 100 cm
de esta an~stomosis se I realizo una yeyuno-yeyunostomia lataero-Iateral en forma man\lal en dos capas
con vicryl y prolene 3-"O.Se suturaron los defectos del mesocolon transverso y del mesenterio con seda
3-0 , se realize una prueba de hermeticidad con azul de metileno, se irrigo con solucion salina y se
coloco un drenaje tipo Jackson Pratt a un Iado de la 'bolsa gastrica sacandolo por contra-abertura. Se
realizo una gastrostornia del estomago excluido con una sonda de Foley No. 2'2 Fr condoble jareta de
crornico z-O ~ seda 3--ofijando el estomago ala pared abdominal y marcando el sitio con un anillo de silastic.

Se cerro la pered abdominal en un solo plano c4n Ethibond No 2, TCS con Vicryl
3-0 dejando un
drenovac de V, y la pie! con monocryt'J-u.
Procedimientos agregados: __ ,_'-_:_'_" _____
_
=~- - ,
unidadde
_. .... '-'- __ -''':.._. diagn6stko
••• •••••
,
•••••
Junio 10, 2005.
radiol6gico. s.c ..
Dr. Pablo Zorrilla BlancQ.
Presente.-
Mitchel Asher Paciente:
ESTUDIO
:
.-L
I
ECOGRAFLA lE ABDOMEN SUPERIOR
RESULTADOS: El higado es de morfologia y ecogenicidad
normal.
Sistema biliar intrahepatico normal.
La vesiccla es nOrmal~indatos de lit.iasis 0 lodo biliar.
Su pared no esta engrosada.
Coledoeo de calibre nJmal.
Cuerpo del pancreas Jormal.
al d I - ti
ESTUDIO NORMAL.
os nnones son e caracteris teas norm es,
CONCLUSION:
Dr. Sergio Garza Almaguer
Radiologo
HidalgoPte. 2532-102Col.Obispado Tels. 83 47 0902. 83471361 Monterrey N.L. CP
64060
Nombre : MJ:TCIlELL ASHER 1A25101555)
I
ERITROCITOS
HEMOGLOBINA
HEMATOCRITO
C.M.8GB.
EOSINOFILOS
BASOFILOS
VOL. GLOBULAR
HGB.GLOBULAR MEOlA (MCH) :30.2
(ROW) :14.1 !\NCR. ERITROCITOS
(WBC) :7.2 LEUCOCITOS
(LYM) :29 LINFOCITOS
(*M.IDl :4 KONOClTOS
(*MIDl : .•
(·MIO) :0
(GRAN) :63
(*MID) :0
I·MIO) :0
(GRAN) :0
(GRAN) :63

```
IPLT) :lBO.O"
NEUTROFILOS
MIELOCITOS
METAMIELO
NEUT.BANDA
SEGMENTADOS
PLAQUETAS
.•• :II: VέRIJ'ICN)O
---0 Dr. Rodolfo QulrogoTH'lVIr'lo
Edad : 48 A Sexo: MASCULINO Tel
Dir : MONTERREY. NUEVO LEON
Medico : DR.PABLO G. ZORILLA BLANCO
Cliente: EXTERNO
E!lOM~'I!~""'l'!P1\
(REe) :5.03"
(HGB) :15.2
IRCT) :44.2
(MCHC) :34.4
(MeV) :B7.9
- 68.0 %
400.0 mil/mm3
AV. CUNICA 2520 MODULO M-03 COL. SERTOMA ENTRE
AVE. SERTOMA Y AVE. LAS GRACIAS TELS.: 83-48-81·23
y83·48-81-69 MONTERREY. N.L.
VALCRES DE RE FERENCIA :
5.U mill/mm3
16.0 g/dl
4.5'-
12.0 -
38.0
32.0
10.0
21.0
11.5 -
4.0
20.0 -
2.0
1.0
0.0 -
35.0 -
0.0
0.0
2.0 -
33.0
- 54.0 %
36.0 g/dl
tl - 100.0
- 32.0 pg
14.5 ~
10.0 mil/mm3 -
55.0 %
10.0 .%
4.0 ~
--
2.0 %
75.0 %
0.0 %
```

```
0.0 ~
-
-
7.0 %
200.0 -
J--
_-- , . - , .-- ••........ :
BIO(UNSA 8
13212177309
III
Ubic. :
- - .•••.•••. r
Q. F .B. MARTHA ALICIA GARCIA
MALDONADO.
(" > p. (~~ ~.
CED. PROF. 1211889
:25-101555
:10/06/05 10:01
:ENVDIR
:31.1
:11.98
:3.73
T3 Capt ado
- T4 Total
I.T.L
• T3 'l'ot.e I
T4 Libre
T.S.H. •
T4 Total
LT.L.
Yodo Prot.
T3 Total
T4 Lib:ce
T.S.H.
Solicitud
Fecha Sol
Fecha Imp :10/06/05 16: 4S
%
microg %
microg
ng/ml
n9
microUI/ml
VALORES DEREFERENCIA
- 35.00 %
4.20
- 4.67
Entrega
Yodo Protei co :7.79
:0.91
:1.32
:0.95
T3 Captado : 24. 00
1.08 -
2.93
0.71
0.49
```

:
4.50 - 12.00 microg %
- 7.80 microg %
0.45 - 1.37 ng/ml
- 1. 85 ng %
microUI/ml
,
unidad de
diagnostico
Junio 10, 2004
TORAX P.A.
I
ESTUDI
O:
RESULTADOS: Cardiomegalia grado III con vascularidad pulmonar
normal, ~in datos de descompensacibn.
Campos pUlmoJares libres de inf:tltradosomasas.
Silueta cardiovalcular Y mediastina normales.
Diafragma noJal.
CONCLUSION:fARDIOMEGALIA
SER)f; GASTRODUODENAL
s> .
radiologico. s.c,
Dr. Pablo G. Zorrilla
B. Presente.-
Paciente: Mitchel Asher.
ESTUDIO :
CONCLUSION:
. .
tu d o u Dmor.eno y prireras asas de yeyuno normales.~.
HERNIA HIATAL CON REFLUJO
.
RESULTADOS: El paso de contraste por el esOfago es normal.
. hr I Idi fl .
H
erma lata con iscreto re ujo gastroesolagrco.
Est6mago de clacteristicas normales sin datos de ulcera 0
Monterrey N.L. CP 64060
------------
I .
,
Dr. Sergio Garza Almagu Radi6logo
,
Hidalco Pte. 2532-102 Col. Obispado Tel!;. 83470902,83471361 1--
,mbre : K['1'CHELL ASHER (A25101555)
Sexo: MASCULINO Tel : 48 A lad
_ r : MONTERREY, NUEVO
LEON
,dico : DR. PABLO G. ZORILLA BLANCO
.iente: EXTERNO
rROGENO DE UREII
E:ATININA
~COSA
roo URICa
r..CIO
3FORO
·.ESTEROL TOTAL

```
)TElNAS TOTALES
lUMIN!\
.1. TOT!\L
.I.DIRECTII
~FATASA ALCALINA
;.P.
;.0.
:;HIDRO. LACTlCA
?K.
:GLICERlDOS
JlCION IILB./GLOB
.I.INDIRECTII
-. )BlJLINAS
,= VElUFlCADO
'IEMPO DE PROTROl-1BINA :15.0"
TlEMPO DE PROTRO.MBlNA
mg/dl
g/dl
TESTIGO: 12'. ,.
MFO TROMBOPLASTINA PARCIAL:28.S-
---0 Dr. Rodollo Quiroga
Trevino
AVE. SERTQMA Y AVE. LAS GRACIAS TElS.: 83·46·81-23 y
AY. CLiNICA 2520 MODULO M-03 COL SERTOMA ENTRE
83A8-81-69 MONTERREY, N.L.
• PERFIL BlOQUIMICO .
(BUN) ,21.0
(CREII) ,1.4
(GLU) ,71.0
(URIC) ,8.5
(CA),9.0
(PROS) '4.0
(CHOL) ,268.0
(TP) :6.8
(IILB) ,3.9
(TBIL) ,1.21
(DBIL) :0.17
(ALP) :38.0
(ALT) ,26.0
(AST) ,22.0
(LD-L) :192.0 •
(CK) :136.0
(TG) :227.0
:1.3
,1.04
:2.9
, • mg/dl
• mg/dl
rng/dl
7.0
R, 0.6
M,0.5 -
65.0
H: 3.4 • mg/dl
mg/dl
mg/dl
• rng/dl
```

```
M:2.4
8 ••
6.0 g/dl
g/dl
BIOCLINSA 8
1321217730J
VIlLORES DE REFERENCIII
- 20.0
1.2
1.0
- 100.0
1.0
5.7
Ubic. :
P.S PECTO
II ii
I
CGLOR
I
DENSTDAD(Gr.Esp.) :1.015
pH I
BiLIRRUBINAS
ur!OBILINOGENO
PdOTEINAS: '1'RlW\S
GJUGOSA
CEhoNAS
I
HEMOGLOBINA
NliTRITOS
I
SEDIMENrO
E~ITROCITOS
LE'uCOCrTOS
CE~.EPITELIALES :HUr BSCASAS
Md:O
I
CRIST!\LES
CIlINDROS
BAbERIIIS
OSbERVACIONES
--
2.5 -
-
- 10.5
4.8
140.0 - 220.0
8.2
5.2
1.2
0.2
3.5 -
0.2 -
0.0
35.0 - 138.0
0.0
0.0
89.0
```

```
25.0
-
- 34.0
- 38.0
- 176.0
- 192.0
- 150.0
2/1
1.0
--
. 3.0
• rng/dl
mg/dl
rUIL
IUIL
rUIL
IUIl
IUIL
• mg/dl 20.0
1
0.20
1.5-
TESTlGO:29.2-
•••••••• ---,
Q.F.B. MART ALICIA GARCIA
MALDONADO
CED. PROF. 1211889
CLH1i;J~( .
:25-101555
:10/06/05 10: 01
Fecha Imp :10/06/05 16:45
:BNVIAR
: CLNlO
,~LLO
,6.0
:~IVO
.NOlaeL
,~IVO
,NEGl\.'l'IVO
: TP.AZAS
: NEGl\7IVO
Entrega
~ENi<>ENERAl.OEQRlNA
,E=
: 0-2 PaR Cl\MPO
: NO SE OBSBR'IJIN
: NO SE OBSERVA
:ESClISOS llRA'lOS J\MDRroS
: NO SB OBSERv.AN
,NO SE OBSERVAII
Solicitud
Fecha Sol
',.,.
a». Pa6fO q. Zortilfa rBfanco P..J/.. c.s.
I" . CIRUGIA DIGESTIVA, GIRUGIA DE LA OBESIDAD
CIRUGit GENERAL .
.
```

```
I -
. I
```
WRITT-EN-CONSENT CERT:tFICATE fOR OPEN OR
LAPAR-oSCOPIC "ROt;JX' en Y" GASTRIC BYPASS
```
!
I
I
```
You. have decided to be exposed to Gastric Bypass Surgery (Roux en Y), USlOg a L
rA J)o--ti-os cot c.. {hiCJ (29 Aedhnique.
```
7
```
and risks of this operation.
Contact with food.
eds i 'II ha ied.out i . . al ' Any
```
I
```
During the previous weeks you have received complete and detailed information about the
procedure and other options fur your weight controt. You have also learned about the benefits.
The. purpose of this written consent is to confirm your decision to have this operation, based on
complete knowledge and understl!nding of the procedure. Please read the next written consent
carefully. If in any way yoJ do not agree or have doubts, ask your doctor .before.signing,
The purpose of the Gastric Bypass SiJrgeI\Y is to help you to control your weight by reducing
the capability to eat and by diminishing the desire for food. Your stomach will be reduced in its
capacity and food will pass d1tectly to the second part of the small intestine deviating, the rest
of your stoma. ch as- weill I as tho e fitst part of the small intestine called "duodenum". This
will. cause you to feel "full" after eatinga small amount offood producing a s-atiated sensation.
These changes win help you to control your weight.
The operation consists of:
Stapling and dividing the stomach into twj0 separate parts: The first part is called the
--- -"gastri~.Cil('JUt;/f' ."hiih is veli small amlltas a capacity of tess than one ounce.' ihis po--uc~h--is where the
feed will first arrive, The-otberpart of the stomach is considered the "excluded stomach" and hasno
Band placement: The band will be placed in the end of the small pouch controlling the pass of
fuod into the intestine.
Connection between the gastric pouch and smaB bowel: The small bowel win be sectioned 25-
to 30cm below the duodenum lind it will be reconnected in a "Y" furmthru itself and the gastric
pouch. This provides a way out fur food and duodenal secretions,
Other possible surgeries: Your abdomen' will be ci>mpletely explored during the procedure: No
other procedure. will be performed unless, certain conditions are found
. (gallbladder stones, ovarian cyst, ii:ltestinal.di~erticula' s, etc.)
,I th
surgic : InterventIOncarrx '. out ina patient at ne s It WI ve enormous benefits,

but is. necess-ary to know the risk assooiated ~th the procedure. The complications include
anesthetic and surgical risks, which are more 6ften in the obese patients. Certain conditions
such as hypertension, diabetes, heart problems and previous abdomirial surgery increase the
risks. EDIFiCO MEDICO DE ESPECfALISTAS AVE. HlDALGONo. 2532 DESP. 311 MONT.ERREY N.L. MEXmu. '"" ""l" on."
a». p'a6fo q. ZoP(iffa cpfanco P.)!. cs
CIRUGIA DIGESTIVA, CIRUGIA DE LA OBESIDAD
CIRUGiA GENERAL
"C. ..
:
", "'. "':.. -
.
Keep ~ mind. that it could be ~ecessary to ~ccaSiOll~IY ?~ the abdomen to .comp~ete the.
operation. This could happen m the case of poor visualization or any event Impeding the present
technique. In these cases your doctor WIll decide to do so, based on his judgment, Therefore, .
you must ~ee t? ac~pt the: surgical t~m's decisions. The risJ:s of. this operation include
bleeding, infection, l~ge (gastric pouch, stomach or intestine), intestinal obstruction, spleen
lesions requiring its removal, lung problems such as collapse or clots that will need respiratory
assistaht. There are some problems that may occur months or years.aftersurgery such as
malnutrition, adhesions and stomach ulcers. Persistent vomiting is generally due to bad eating
iJbits, although sometimes could be caused by
obstruction of the gastric outlet. .
The use of multivitamin and mineral preparation is mandatory for long periods of time to
. .' I a~ nutriti~nal deficiencies, . .:
Wetght loss IS usually over 50"/0, while most of the pattents, lose between 75% and 100"/0 of
excess weight, however, there are some patients that lose less than that and regain weight,
because of have bad eating habits. This-operation is reversible although this process has not
been requested from us. The result~ and otIterstudies will be filed and could be used for
statistical or scientific purposes. Confidentiality will always be honored.
L the one signing below, certified that I Jave read all information stated. The surgical
procedure, its benefits and risks as well as complication and post-operative events have
been thoroughly explained to me.
Patient: I
I Witness
:
/ S 05,
.• t1
¥L......
I ~.

EDIFIeD 1.fEDICO DE ESPECIALISTAS AVE. HID{\LGO No. 2532 DESP. 311 M01\!"TERREY
N.L. MEX
~ _____ _____ _____
T_E_U __ (R_')_83_3+1~1l_22_8_3'_3_~_3t_"_' __ '_'_'_'_"""""""":"'i<i'