DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-cr-00036 (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **ERRATA TO PLAINTIFF'S** |
| vs. ) | **BRIEF ON RESTITUTION** |
| ) | |
| MITCHELL ELLIS ASHER, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff, the United States of America, and files the following

errata to the Restitution Brief of plaintiff filed August 17, 2006:

The date the Restitution Brief was signed should be corrected to delete August 18, and to state that it was signed on August 17, 2006.

The date of service in the Declaration of service should be corrected to delete the date of August 3 and to state that August 17, 2006, is the correct date of service by electronic notice.

RESPECTFULLY SUBMITTED this 18th day of August, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

/s/ STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
AK #6911028

**DECLARATION**
I declare under penalty of perjury that a true and correct copy of the foregoing **ERRATA TO PLAINTIFF'S BRIEF ON RESTITUTION** was sent to the following counsel of record on August __18__, 2006, via electronic filing notice:
Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, Alaska 99501

 /s/ Stephen Cooper
Office of the United States Attorney