UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    PLAINTIFF,  )<br>                             )<br>vs.  )<br>                             )<br>MITCHELL ASHER,  )<br>    DEFENDANT.  )<br>_____  ) | Case # 4:05-cr-0036-001 (RRB) |

**NON-OPPOSITION TO PLAINTIFF'S BRIEF ON RESTITUTION**

COMES NOW MITCHELL ASHER by and through undersigned counsel LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files this non-opposition to the government's brief on restitution in the above matter after having reviewed it with the defendant.

The restitution amount that should be ordered is $585,252.02 with a credit of $53,677.19 thus far recovered against the total.

> Law Offices of Lance C. Wells, P.C.
>
> By: s/ Lance C. Wells, Esq. 9206045 AK Bar #
> 733 W. 4th Avenue, Suite 308
> Anchorage, AK. 99501
> t 907-274-9696
> f 907-277-9859
> email lwells@gci.net

**Certificate of Service**

On 8/18/06 a copy of this document was served by electronic means to Stephen Cooper, AUSA at his electronic address of record.

    8/18/06                s/ Lance C. Wells