August 7, 2007

The Honorable Ralph R. Beistline
United States District Court
Federal Building
Fairbanks, Alaska  99701

RECEIVED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Re: Case #05-CR-00036-RRB   US v. Asher

Dear Judge Beistline:

On August 10, 2006, you sentenced me to 36 months in prison on the above-referenced matter. I am currently serving my sentence at FCI Terminal Island near Long Beach, CA. Taking into consideration my good time credit and pre-sentence incarceration, I have been given a release date from custody on June 13, 2008. Also, I have been informed that I have been designated to a halfway house for pre-release on March 11, 2008. These last three months of custody represent the final ten percent of my sentence.

I am writing to you to request an Addendum to the Judgment and Commitment Order that you issued. My request of you, if possible, is to authorize and permit me to enter the designated halfway house six months prior to my release date rather than the current three months based on the following facts.

My health has continued to deteriorate. Despite losing approximately 150 pounds since July 2005, my Congestive Heart Failure and Atrial Fibrilation has continued. I was rushed to St. Mary's Hospital in Long Beach, CA by local paramedics after suffering a major cardiac episode in my housing unit. In early June, 2007, I spent about a week at St. Mary's of which 3 to 4 days was in Intensive Care. An angiogram and/or angioplasty was performed as well as an electrical cardioversion (to stop and restart my heart). It was also discovered and disclosed to me that I have a severely dilated aorta (about double the normal diameter) as well as a leaking aortic valve. Both the outside cardiologist and the cardiothoracic surgeon are considering open heart surgery to correct this.

I have an offer of employment from a local equipment manufacturer; a copy has been presented to my Case Manager for my file. Once employed by this firm in a general office, purchasing and customer

support capacity, I will be eligible to join their group medical and hospitalization insurance plan.

My release address is in Long Beach, CA at the home of my sister, Dona Quinones. The U.S. Probation Office has visited her and inspected her home; they have approved my residence there. I will, therefore, be living and working in Long Beach, only a few miles from Terminal Island. Consequently, it is my intention to continue to receive medical care from the same cardiologist (Dr. M. Appel) and cardiothoracic surgeon (Dr. A. Stein) on my case.

I understand that the current pre-release formula is under debate and some districts other than the Ninth have allowed up to one year halfway house time. I also understand that the Ninth District maintain a six-month limit on halfway house community confinement. Due to the seriousness of my physical health, I am seeking the maximum allowed, with your approval.

My intention is to get working, get health coverage, get my cardiac issue repaired and/or resolved, and return to the community enabling me to pay my court costs and restitution. While incarcerated, I have made some payments through FRP (Financial Responsibility Program) from my commissary account. It is still my intention to make the victims in my case financially whole as soon as I can. I know I have the support of my family, friends and some former employers.

I appreciate any consideration to my request for an Addendum, your Honor. Thank you for your time and consideration.

Respectfully,

*[signature]*

Mitchell E. Asher
#26162-018
FCI Terminal Island
P.O. Box 3007
Terminal Island, CA  90731-02

Mitchell E. Asher
#26162-018
Federal Correctional Institution
P.O. Box 3007
Terminal Island, CA 90731-0207

LONG BEACH CA 908
13 AUG 2007 PM 6 L

59701/3335

The Honorable Ralph R. Beistline
Judge, US District Court
Federal Building
Fairbanks, AK
99701

