NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-cr-00036 (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **RESPONSE TO LETTER** |
| vs. ) | **MOTION TO AMEND** |
| ) | **JUDGMENT** |
| MITCHELL ELLIS ASHER, ) | |
| ) | |
| Defendant. ) | |

    COMES NOW Plaintiff, the United States of America, and responds as follows to the letter of defendant to the Court, which the Court has filed as a Motion to Amend Sentence.

    The defendant seeks to amend his sentence to lengthen from three months to six months the portion of the last part of his prison term which the Bureau of Prisons has designated to be served in a halfway house as transition to the community.

Defendant cites health reasons which may or may not warrant the change he seeks.

However, defendant cites no authority under which the Court could enter the order sought, even if such relief were deemed warranted. Plaintiff is not aware of any authority enabling the relief sought.

WHEREFORE, the letter motion must be denied.

DATED this 4th day of September, 2007, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Alaska #6911028

**CERTIFICATE**

I certify that a true and correct copy of the foregoing **RESPONSE TO LETTER MOTION TO AMEND JUDGMENT** is being sent to the following on the filing date hereof, via court's electronic filing notice:

Lance C. Wells

 /s/ Stephen Cooper
Office of the United States Attorney