**MITCHELL E. ASHER**
312 Loma Avenue
Long Beach, CA 90814-2743
Telephone: (562) 313-8833 · Email: mitchmia@yahoo.com

April 11, 2008

RECEIVED
APR 14 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The Honorable Ralph R. Beistline
United States District Court
101 12th Avenue, Room 332
Fairbanks, AK 99701-6237

Re:   **Case #4:05-cr-00036RRB**

Dear Judge Beistline:

I am currently in "pre-release" status from the Bureau of Prisons ("BOP") living at a halfway house in El Monte, California. My sentence with the BOP will end on **June 13, 2008** when I will begin my three (3) years of supervised release. I am currently approved and scheduled to be released to my sister's home in Long Beach, California.

<u>I am writing to request your consideration and approval to change my release address and supervised release location to the home of my mother</u>. My father, Herman G. Asher, passed away on January 30, 2008 at age 89, just prior to my release from FCI Terminal Island to RRC El Monte (halfway house). Since then, my mother (Martha Asher, 86 years old) has had a difficult time living without her life partner of the past 66 years. She has collapsed and been hospitalized; thankfully, she is now back at home recovering. My family has thought it best for me to move in with her and provide her assistance and companionship so that she is not alone.

My mother's contact information is:   **Martha Asher**
7608 NW 18th Street, #202
Margate, FL 33063-3144
Telephone: (954) 972-1819

I have met with my Community Correction Manager (Mr. Wes Mayhew), my Facility Director (Ms. Rose Perez) and my Case Manager (Ms. Sheila Beltran) regarding this request and they have been supportive. I also informed my current US Probation Officer (Ms. Wendy Thompson) of my intention to apply for relocation. I have spoken with Ms. Carolyn Bollman of your offices who recommended that I write to you. It would be my intention to complete my BOP term at my current location and only relocate to Florida to report to my assigned US Probation Officer. I also understand that any costs of relocation are upon myself and will not be paid by the BOP.

Thank you in advance, your Honor, for your time and consideration to my request.

Respectfully,

*[signature]*

Mitchell E. Asher