NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4:05-cr-00036 |
| ) | |
| Plaintiff, ) | <u>NON-OPPOSITION TO</u> |
| ) | <u>MOTION TO TRANSFER</u> |
| vs. ) | <u>SUPERVISED RELEASE</u> |
| ) | |
| MITCHELL ELLIS ASHER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States by Assistant United States Attorney Audrey J. Renschen, hereby notifies the court that it does not oppose the request set forth in the defendant's letter requesting transfer to Florida, memorialized at Docket 45. Undersigned counsel has consulted with Probation Officer Marci Lundgren, and learned that Mr. Asher's case had already been transferred from Alaska, and that he was scheduled for release to California.

Undersigned counsel does not have adequate information about whether the defendant should be allowed to change his address to reside with his mother. That issue is one best resolved by the officer supervising Ashton's release. Accordingly, this non-opposition is limited only to the question of transferring Ashton's supervised release to Florida.

RESPECTFULLY SUBMITTED this 15th day of May, 2008 at Anchorage, Alaska

NELSON P. COHEN
United States Attorney

s/Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

I declare hereby certify that on May 15, 2008
a copy of the foregoing was served electronically
 on electronically on Lance Wells

  s/Audrey Renschen
Assistant U.S. Attorney